Amy Schofield Lemyre (SBN 244543)
Sarah E. Piepmeier (SBN 227094)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: amy.schofield@kirkland.com
Email: sarah.piepmeier@kirkland.com

*Attorneys for Defendants*
ACCENTURE PLC, ACCENTURE
INSURANCE SERVICES LLC and
ACCENTURE LLP

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GUIDEWIRE SOFTWARE, INC., <br><br> *Plaintiff*, <br><br> vs. <br><br> ACCENTURE PLC, ACCENTURE INSURANCE SERVICES LLC and ACCENTURE LLP, <br><br> *Defendants*. | Case No. 3:11-CV-04686-JSW <br><br> **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** <br><br> Judge: Honorable Jeffrey S. White |
| ACCENTURE PLC, ACCENTURE INSURANCE SERVICES LLC and ACCENTURE LLP, <br><br> *Defendants-Counterclaim Plaintiffs* <br><br> vs. <br><br> GUIDEWIRE SOFTWARE, INC., <br><br> *Plaintiffs-Counterclaim Defendants* | |

Plaintiff and Counterdefendant Guidewire Software, Inc. ("Guidewire") and Defendants and Counterclaimants Accenture PLC, Accenture Insurance Services LLC and Accenture LLP (collectively "Accenture") pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and the Parties' Settlement Agreement, hereby stipulate and agree that:

1. All claims and counterclaims asserted in this action be dismissed with prejudice.

2. Each Party shall bear its own costs and attorneys' fees incurred in this matter.


Dated: October 24, 2011                By: _/s/ Sarah E. Piepmeier_____

Amy Schofield Lemyre (SBN 244543)
Sarah E. Piepmeier (SBN 227094)
KIRKLAND & ELLIS LLP
555 California Street, 27th Floor
San Francisco, California 94104
Telephone:    (415) 439-1400
Facsimile:     (415) 439-1500
Email:          amy.schofield@kirkland.com
Email:          sarah.piepmeier@kirkland.com

*Attorneys for Defendants ACCENTURE PLC, ACCENTURE INSURANCE SERVICES LLC and ACCENTURE LLP*

Dated: October 24, 2011                By: _/s/ Clement S. Roberts_____

Daralyn J. Durie (SBN 169825)
Clement S. Roberts (SBN 209203)
Joseph C. Gratz (SBN 240676)
Jesse Geraci (SBN 259755)
**DURIE TANGRI LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300
Email:  ddurie@durietangri.com
Email:  croberts@durietangri.com
Email:  jgratz@durietangri.com
Email:  jgeraci@durietangri.com

*Attorneys for Plaintiff GUIDEWIRE SOFTWARE, INC.*

| STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON. | 1 | CASE NO. 3:11-cv-04686-JSW |
|---|---|---|

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: October 25, 2011     By: _____
3                                   The Honorable Jeffrey S. White
                                     United States District Judge